UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 10-CV-80186-MARRA/JOHNSON

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

WINNING KIDS, INC.,
CHRISTIAN HAINSWORTH,
ROBERT COMISKEY,
EDWARD TAMIMI, and
VICTOR SELENOW,

Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO SET CIVIL PENALTY AMOUNT

**THIS MATTER** is before the Court on Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law to Set A Civil Penalty Amount Against Defendant Robert Comiskey [D.E. 25]. Having fully considered the motion, the record herein, and being fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** that the Commission's motion to set a civil penalty amount is **GRANTED** and Final Judgment is entered against Defendant Robert Comiskey as follows.

### I. CIVIL MONEY PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Section 20(d) of the Securities Act of 1933, 15 U.S.C. § 77t(d), and Section 21(d) of the Securities Exchange Act of

1934, 15 U.S.C. § 78u(d)(3), Comiskey is hereby ordered to pay a civil penalty in the amount of $130,000.

## II. PAYMENT INSTRUCTIONS

**IT IS FURTHER ORDERED AND ADJUDGED** that Comiskey's payment of civil penalty shall be due and payable within 14 days from the date of this Final Judgment. Payments shall be made to the Clerk of this Court, together with a cover letter identifying payor Comiskey as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Comiskey shall simultaneously transmit photocopies of such payment and letter to: Edward D. McCutcheon, Senior Trial Counsel, U.S. Securities & Exchange Commission, 801 Brickell Avenue, Ste. 1800, Miami, FL 33131. By making this payment, Comiskey relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to him. Comiskey shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

## III. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Comiskey in order to implement and carry out the terms of all Orders and Decrees that may be entered or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of February, 2011.

KENNETH A. MARRA  
UNITED STATES DISTRICT JUDGE

Copies to all counsel and parties of record.